United States District Court
Southern District of Iowa

Presiding: Honorable HELEN C. ADAMS
AUSA: Craig P Gaumer
Number: 4:16-cr-72
UNITED STATES OF AMERICA
vs.
JUSTIN PAULAITIS

Defense Counsel: Angela Lynnette Campbell
Court Reporter: FTR Gold
Interpreter: N/A
☑ Indictment ☐ Information
☐ Complaint ☐ Warrant
Code Violation/Offense:
ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252(a)(4)(B), 18:2252(b)(2), 2256 Possession of Child Pornography (1)

Date: May 13, 2016
Time Start: 2:12pm Time End: 2:25pm

INITIAL APPEARANCE

Defendant Advised of Rights: ☑ ;
to ☑ Retain counsel; ☐ Have CJA appointed counsel; ☐ Have FPD appointed
☐ Preliminary ☐ Removal Hearing ☐ Arraignment
scheduled for:

ARRAIGNMENT

Advised of charges/maximum penalties: ☑ ; Plea of not guilty entered
Indicted in True Name: ☐ ; as to count(s): 1
True Name: ; Accepted: ☑
Reading of Indictment Waived: ☑ ; Rule 16 material by: 5/23/16
Trial scheduled for: 7/5/16 ; Reciprocal discovery by: 6/2/16
Plea entry ddl: 6/27/16 ; Pretrial motions by: 6/13/16
;

BOND

Bond previously set: $ ; Bond set: $ ;
Motions for detention: ☐ ; Detention hearing set: ;
☐ Bond Continued ☐ Deft. Committed

Minutes:

Defendant appeared with retained counsel Angela Campbell. 2:14 Arraignment began. Government is not moving for detention. Court orders defendant to be released on Conditions of Release.

/s/ D. Vogel

Deputy Clerk