**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JUSTIN PAULAITIS,**<br><br>**Defendant.** | Criminal No. 4:16-cr-00072<br><br>**MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS** |

COMES NOW, Defendant, by and through his attorney, and hereby moves the Court modify the pretrial release conditions in the above-captioned matter. In support whereof, the undersigned attorney states the following:

1. As a part of the pretrial release conditions, Defendant was ordered to wear a GPS tracker.
2. As a part of Defendant's job, he works ten hour days with an hour commute. As a part of his job, he works outside much of the day with dogs who play in water and must keep the GPS tracker covered with long pants.
3. Defendant often fears that the battery will run out before he can arrive home from work.
4. Defendant's activities involve primarily travelling between work and home, and he is otherwise accompanied by a parent.
5. Defendant continues to have a strong family support system, and Defendant's probation officer has indicated that Defendant's movements are frequently routine.
6. The Government's attorney, Craig Gaumer, has indicated to the undersigned that he does not object to removing the GPS tracker.
7. Defendant's probation officer, Chandlor Collins, has indicated to the undersigned that he does not object to removing the GPS tracker.

WHEREFORE, the undersigned respectfully moves the Court modify the pretrial release conditions to remove Defendant's GPS tracker for the reasons stated herein.

**/s/ Angela L. Campbell**
Angela L. Campbell AT# 0009086
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 E. Walnut St., Suite 1
Des Moines, Iowa 50309
PHONE: 515.288.5008
FAX: 515.288.5010
E-MAIL: angela@dickeycampbell.com

CERTIFICATE OF SERVICE
I hereby certify that on June 24, 2016, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
/s/ Angela Campbell