**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JUSTIN PAULAITIS,**<br><br>**Defendant.** | Criminal No. 4:16-cr-00072<br><br>**FIFTH MOTION TO CONTINUE TRIAL** |

COMES NOW, Defendant, by and through his attorney, and hereby moves the Court continue the trial scheduled in the above-captioned matter. In support whereof, the undersigned attorney states the following:

1. The trial is currently set for January 30, 2017, at 9:00 a.m.
2. The parties have been working towards a resolution that will not require trial.
3. The Defendant is on pretrial release under the supervision of the U.S. Probation Office.
4. The Defendant has a medical condition that affects his cognitive abilities and has a guardian established in Boone County case number GCPR024197, making this case different than the average criminal case.
5. The Government's attorney, Craig Gaumer, has indicated to the undersigned that he does not resist a continuance in this case, and he joins in the motions to continue.
6. The parties believe that another 90 day continuance would be sufficient to resolve this case without trial.

WHEREFORE, the undersigned respectfully moves the Court continue the trial scheduled for January 30 for 90 additional days.

**/s/ Angela L. Campbell**
Angela L. Campbell AT# 0009086
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 E. Walnut St., Suite 1
Des Moines, Iowa 50309
PHONE: 515.288.5008
FAX: 515.288.5010
E-MAIL: angela@dickeycampbell.com

CERTIFICATE OF SERVICE
I hereby certify that on January 23, 2017, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/ Angela Campbell